FILED
BILLINGS DIV.

2007 APR 10  AM 10 27

PATRICK E. DUFFY, CLERK

BY _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HELGESON, | ) | CV-05-156-BLG-RFC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| DAVID CASTLE, SHERIFF/WARDEN | ) | U.S. MAGISTRATE JUDGE |
| GREAT FALLS REGIONAL PRISON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On March 7, 2007, United States Magistrate Judge Carolyn S. Ostby entered her Findings

and Recommendation. Magistrate Judge Ostby recommends this Court dismiss Petitioner's

Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

Upon service of a magistrate judge's findings and recommendation, Petitioner was

allowed 20 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed

objections to the March 7, 2007 Findings and Recommendation. Failure to object to a magistrate

judge's findings and recommendation waives all objections to the findings of fact. *Turner v.*

*Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this

1

Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety. Petitioner has refused to respond to two court orders and the Court has found that the relevant factors weigh in favor of dismissing the habeas petition, and the petition was filed outside the applicable statute of limitations.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the ___9th___ day of April, 2007.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2